DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Richard James, ) | |
| ) | CASE NO. 5:10 CV 578 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| Northfield Center Board of Trustees, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, judgment is entered for the defendants and against the plaintiff. Each party to pay its own costs. Case closed.

IT IS SO ORDERED.

| | |
|---|---|
| _April 25, 2011_ | _/s/ David D. Dowd, Jr._ |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |